No. 98–6245. HARRIS v. PRINCE GEORGE'S COUNTY PUBLIC SCHOOLS. C. A. 4th Cir. Certiorari denied.

No. 98–6247. EVANS v. FIRST KNOX NATIONAL TRUST ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–6248. GEORGE v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 98–6250. LOPEZ v. DOUGLAS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–6251. SANTILLAN VALMONTE v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied.

No. 98–6261. HEADSPETH v. MERCEDES-BENZ CREDIT CORP. ET AL. Ct. App. D. C. Certiorari denied.

No. 98–6263. MILNER ET AL. v. APFEL, COMMISSIONER OF SOCIAL SECURITY. C. A. 7th Cir. Certiorari denied.

No. 98–6266. K. W. F. v. COLORADO. Ct. App. Colo. Certiorari denied.

No. 98–6268. HENDRIX v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 98–6269. GIASSON v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–6272. JOHNSON v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 98–6275. SELLERS v. GIBSON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 98–6277. DJERF v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.